# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No_____-Civ-Judge_____

DANIELA SERE,
A# 71-535-352,

                              Plaintiff,

v.

MICHAEL MUKASEY, Attorney General
of the United States;
MICHAEL CHERTOFF, Secretary, Department
of Homeland Security;
ROBERT DIVINE, Acting Director,
U.S. Citizenship and Immigration Services;
LINDA SWACINA, District Director,
Miami Office, U.S. Citizenship and
Immigration Services,

                              Defendants.

_____/

**08-20211**

**CIV - KING**

MAGISTRATE JUDGE
GARBER

FILED by _____ D.C.
INTAKE

JAN 24 2008

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • FT. LAUD.

## PLAINTIFF'S COMPLAINT FOR WRIT OF MANDAMUS

COMES NOW Daniela Sere, Plaintiff in the above-styled and numbered case, and for her cause of action would show the Court the following:

1.     This action is brought against the Defendants to compel action on an Application to Register Permanent Residence filed with the Defendants by the Plaintiff beginning on October 23, 1997. The application for lawful permanent resident status was properly filed and remains within the jurisdiction of the Defendants, who have improperly withheld action on said application to Plaintiff's detriment.

## PARTIES

2.     Ms. Sere is a 39-year old native of Romania and citizen of Romania. She was last admitted to the United States on July 29, 1990 in B2 nonimmigrant status. Ms. Sere's B2 status was set to expire on January 28, 1991.

3.     On March 31, 1997, the Bethel Romanian Baptist Church filed Form I-360, Petition for Amerasian, Widower or Special Immigrant, on behalf of Ms. Sere.

1

4.     On August 14, 1997, the USCIS (then INS) approved the same petition.

5.     On October 23, 1997, Ms. Sere filed Form I-485, Application for Adjustment to Permanent Resident Status. Ms. Sere who qualified, and still qualifies, for benefits under INA 245(i) paid the fee required by the USCIS in the amount of $1,000.00.

6.     Ms. Sere application for adjustment to permanent U.S. resident status has been pending with the USCIS for more than 10 (ten) years.

7.     Defendant Michael Chertoff is the Secretary of the Department of Homeland Security of the United States (the "Secretary"), and this action is brought against him in his official capacity. He is generally charged with enforcement of the INA, and is further authorized to delegate such powers and authority to subordinate employees of the Department of Homeland Security. INA § 103(a); 8 U.S.C. § 1103(a). More specifically, the Secretary is responsible for the adjudication of applications for adjustment of status filed pursuant to INA § 245, 8 U.S.C. § 1255. The USCIS is an agency within the Department of Homeland Security to whom the Secretary's authority has in part been delegated, and is subject to the Secretary's supervision.

8.     Defendant Robert Divine, is the Acting Director of the USCIS, and is generally charged with the administration of the benefits governed by the INA. INA § 103(c); 8 U.S.C. § 1103(c).

9.     Defendant Linda Swacina is the District Director for the USCIS generally charged with supervisory authority over all operations of the Miami, Florida District Office and the satellite office in Miami, Florida. Defendant Linda Swacina is the official with whom the Plaintiff's application for lawful permanent resident status is still currently incomplete.

## JURISDICTION

10.     Jurisdiction in this case is proper under 28 U.S.C. §§ 1331 and 1361, 5 U.S.C. § 701 *et seq.*, and 28 U.S.C. § 2201 *et seq.* Relief is requested pursuant to said statutes.

## VENUE

11.     Venue is proper in this court pursuant to 28 USC § 1391(e), in that this is an

2

action against officers and agencies of the United States in their official capacities, brought in the District where a Defendant resides and where a substantial part of the events or omissions giving rise to Plaintiff's claims occurred. More specifically, the individual Plaintiff's applications for lawful permanent resident status were properly filed with the Texas Service Center and have been transferred to the Miami office of the USCIS and, to Plaintiff's knowledge, remain incomplete with that office.

## EXHAUSTION OF REMEDIES

12.     Plaintiff has exhausted their administrative remedies. Plaintiff has, on her own and through her attorney, made numerous inquiries concerning the status of the application to no avail. Plaintiff has promptly and completely responded to all of Defendants' requests for additional evidence, purportedly to complete adjudication of their applications.

## FIRST CAUSE OF ACTION

13.     Ms. Sere's was admitted to the U.S. on July 17, 2003. Ms. Sere lawfully entered the U.S. and was admitted through New York on July 29, 1990 in B2 nonimmigrant status. Ms. Sere's B2 status was set to expire on January 28, 1991. True and authentic copy of Ms. Sere's I-94 form is attached hereto as Exhibit A.

14.     On March 31, 1997, the Bethel Romanian Baptist Church filed Form I-360, Petition for Amerasian, Widower or Special Immigrant, on behalf of Ms. Sere, which was approved by the USCIS on August 14, 1997. True and authentic copies of the respective Form I-360's receipt letter and USCIS Approval Notice are attached hereto as Exhibits B and C.

15.     The above petition placed squarely Ms. Sere under the umbrella of INA 245(i) and all its protections: all approvable Forms I-360 filed with the INS before April 30, 2001 afforded to the respective beneficiary the protections of INA 245(i).

16.     On October 23, 1997, Ms. Sere filed Form I-485, Application for Adjustment to Permanent Resident Status, and paid the 245(i) fee required by the USCIS in the amount of $1,000.00. True and authentic copy of Ms. Sere's Form I-485 is attached hereto as

Exhibit D.

17.    Ms. Sere application for adjustment to permanent U.S. resident status has been pending with the USCIS for more than 10 (ten) years. True and authentic copy of Ms. Sere's most recent USCIS online case inquiry is attached hereto as Exhibit E.

18.    It has been more than 3,740 days since Ms. Sere's receipt date of her application for U.S. permanent residence. As of today, Defendants have sufficient information to determine Plaintiff's eligibility pursuant to applicable requirements. To date, said application has not been completed.

19.    Defendants' refusal to act in this case is arbitrary and not in accordance with the law. Defendants willfully, and unreasonably, have delayed in and have refused to complete Plaintiff's application for more than 10 (ten) years, thereby depriving her of the right to a completed adjudication of her application to which Plaintiff is entitled.

20.    Because she is being singled out for delay and limitations on the completion of her case, Ms. Sere must spend further resources, time, energy, and finances, to secure the completion of her case.

21.    Ms. Sere has been damaged in that she is prevented from traveling. Ms. Sere could not apply for advanced parole while having an adjudicated, but not completed, I-485 case. This additional and unreasonable burden on Ms. Sere is unnecessary and furthers no legitimate governmental interest.

22.    Defendants, in violation of the Administrative Procedures Act, 5 U.S.C. §§ 555(b), 701 *et seq.*, are unlawfully withholding or unreasonably delaying action on Plaintiff's application and have failed to carry out the adjudicative functions delegated to them by law with regard to Plaintiff's case.

## SECOND CAUSE OF ACTION

23.    Plaintiff restates the allegations of paragraphs 1 through 22 as though fully rewritten herein.

24.    Ms. Sere has further been damaged by being deprived of the status of lawful permanent resident during the interminable lack of completion of her application. Ms.

Sere seeks to integrate fully into American life, society and culture. Naturalization as an American citizen, with the rights and privileges inherent therein, depends upon prior permanent resident status for at least 5 years. INA §316(a); 8 U.S.C. § 1427(a)(1). Plaintiff is therefore being deprived of the right to accumulate the requisite time as permanent resident before she is eligible to apply for naturalization, as a direct result of Defendants' failure to properly complete her application to adjust status.

25.     Defendants' refusal to act in this case is arbitrary and not in accordance with the law. Defendants willfully, and unreasonably, have delayed in and have refused to complete Plaintiff's application for almost (10) ten years, thereby depriving her of the right to proper completion of her case and the peace of mind to which Plaintiff is entitled.

26.     Defendants, in violation of the Administrative Procedures Act, 5 U.S.C. §§ 555(b), 701 *et seq.*, are unlawfully withholding or unreasonably delaying completion of Ms. Sere application and have failed to carry out the adjudicative functions delegated to them by law with regard to Plaintiff's case.

27.     Plaintiff has made numerous attempts to secure complete and proper adjudication of her application, all to no avail. Accordingly, Plaintiff has been forced to retain the services of an attorney to pursue the instant action.

## PRAYER

28.     WHEREFORE, in view of the arguments and authorities noted herein, Plaintiff respectfully pray that Court enter an order:

(a) Requiring Defendants to complete adjudication of Ms. Sere's application for U.S. permanent residence;

(b) Requiring Defendants to issue Ms. Sere's green card within 30 days;

(c) Awarding Plaintiff their reasonable attorney's fees;

(d) Granting a preliminary injunction to maintain the status quo until the lawsuit can be determined on its merits; and

(e) Granting such other relief at law and in equity as justice may require.

January 23, 2008

Fort Lauderdale, Florida

Respectfully submitted,

By: _____

Dr. Petia Dimitrova Knowles, PH.D., Esq.

Bar ID # 10494

5110 SW 101 Avenue, Cooper City, FL 33328

Cell. (954) 600-8728, Fax (954) 252-2695


## TABLE OF CONTENTS

True and Authentic Copies of the Following Documents:

A. Ms. Sere's form I-94 of her initial entry in the U.S.

B. Ms. Sere's receipt letter for Form I-360 filed on behalf of Sere.

C. USCIS Approval Notice of the above Form I-360.

D. Ms. Sere's receipt letter for Form I-485, Application to Adjust to Permanent Residence.

E. Ms. Sere's most recent USCIS online case inquiry.

Departure Number

**914220020 01**

IMMIGRATION
NEW YORK, N.Y. 1906

JUL 29 1990

ADMITTED
UNTIL

[CLASS]

Immigration and
Naturalization Service

I-94
Departure Record

14. Family Name

S I C R E I

JAN 28 1991

15. First (Given) Name

M I H A I E L A

16. Birth Date (Day/Mo/Yr)

1 0 1 6 S

17. Country of Citizenship

R O M A N I A

See Other Side

STAPLE HERE

80

X

REPUBLICA SOCIALISTĂ ROMÂNIA

CONSILIUL POPULAR AL _MUNICIPIULUI_
STAREA CIVILA _TIMIȘOARA_

## CERTIFICAT DE NAȘTERE

Seria N. 3 nr. 313691 A

Numele _SERE_

Prenumele _DANIELA - SIMONA_

Sexul _feminin_

**Data nașterii**

Anul _1969_ (cifre și litere) _una mie nouă sute șasezeci și nouă_

Luna _IANUARIE_ _(ianuarie)_

Ziua _15_ _(cincisprezece)_ (cifre și litere)

LOCUL NAȘTERII COPILULUI

Comuna / Orașul / Municipiul _TIMIȘOARA_

Județul _TIMIȘ_

**PĂRINȚII**

Numele tatălui _SERE_

Prenumele tatălui _ALEXANDRU_

Numele mamei _SERE_

Prenumele mamei _MARIA_

LOCUL ÎNREGISTRĂRII

Comuna / Orașul / Municipiul _TIMIȘOARA_

Județul _TIMIȘ_

Nașterea a fost trecută în registrul stării civile la nr. _382_ din anul _1969_

luna _IANUARIE_ ziua _17_

Eliberat astăzi _7 ian/1969_ cu nr. _426_

L. S.        Semnătura,



REPUBLICA SOCIALISTĂ ROMÂNIA
СОЦИАЛИСТИЧЕСКАЯ РЕСПУБЛИКА РУМЫНИИ
REPUBLIQUE SOCIALISTE DE ROUMANIE

# P A Ş A P O R T

ПАСПОРТ
PASSEPORT

Nr. M — 0951366

Numele _____ SECE
Фамилия
Nom

Prenumele _____ DANIELA
Имя
Prénom

Data nașterii _____ 15.04.1969
Дата рождения
Date de naissance

Locul nașterii _____ TIMISOARA
Место рождения
Lieu de naissance

Domiciliul _____ TIMISOARA
Место жительства
Domicile

Acest pașaport conține 28 de pagini
В настоящем паспорте 28 страниц
Ce passeport contient 28 pages

83

X

Acest paşaport este valabil pentru toate ţările
*Настоящий паспорт действителен во всех странах*
*Ce passeport est valable pour tous les pays*

Acest paşaport expiră la   *19.06. 1995*
*Паспорт действителен до*
*Ce passeport expire le*

Acest paşaport a fost eliberat de :
*Настоящий паспорт выдан*   P+S. Ţiriş
*Ce passeport est délivré par*

Data   *19.06. 1990*   Semnătura
*Дата*              *Подпись*
*Date*              *Signature*

L.S.
ROMÂNIA

0951366

2



Semnătura titularului
*Подпись владельца*
*Signature du titulaire*

Talia   *165*
*Рост*
*Taille*
Ochii   *VERZI*
*Глаза*
*Couleur des yeux*
Semne particulare
*Особые приметы*
*Signes particuliers*

M —   0951366

3

84



85



19

Numela
Surname
Nom ................ *DESJARDINS*

Prenumele
Given names
Prénoms ................ *DANIELA*

Data nasterii
Date of birth
Date de naissance *15.01.1969*

Locui nasterii
Place of birth
Lieu de naissance *TIMISOARA*

Data eliberarii
Date of issue
Date de délivrance *25.09.1995*

Data expirarii
Date of expiry
Data d'expiration *25.09.1996*

CONSULATE GENERAL OF ROMANIA
LOS ANGELES

Talia
Height
Taille *1.65*

Ochii
Colour of eyes
Couleur des yeux *Verzi*

Semnătura titularului
Bearer's signature
Signature du titulaire ................

Domiciliul
Residence
Domicile *S. U. A.*

Valabilitatea acestui pașaport se prelungește până la
The validity of this passport extends until
La validité du présent passeport s'étend jusqu'au

Semnătura
Signature ................

Data
Date ................

.L.S.

3

18



54

Acest pasaport este valabil pentru toate tarile

Acest pasaport expira la   19.06. 1991

Acest pasaport a fost eliberat de

REPUBLICA   SOCIALISTA

Data

Semnatura

Tara
Date

Signature

L.S.
ROMANIA

0951366   2

Italia

Ochii   verzi

Semne particulare

M   0951366   3

55



56

Immigration and Naturalization Service

**Notice of Action**

THE UNITED STATES OF AMERICA

| | | |
|---|---|---|
| RECEIPT NUMBER<br>SRC-97-130-52177 | | I-360 PETITION FOR AMERASIAN, WIDOW(ER)<br>OR SPECIAL IMMIGRANT |
| RECEIPT DATE<br>March 31, 1997 | PRIORITY DATE<br>March 31, 1997 | PETITIONER<br>SERE, DANIELA |
| NOTICE DATE<br>August 14, 1997 | PAGE<br>1 of 1 | BENEFICIARY<br>SERE, DANIELA |

DANIELA SERE
BETHEL ROMANIAN BAPTIST CHURCH
1855 MCKENLEY STREET
HOLLYWOOD FL 33020

Notice Type: Approval Notice
Section: Special Immigrant-Religious
Worker, Sec 101 (a) (27) (C) (ii)
Consulate: BUCHAREST

Courtesy Copy: Original sent to: No representative

This courtesy notice is to advise you of action taken on this case. The official notice has been mailed to the attorney or representative indicated above. Any relevant documentation included in the notice was also mailed as part of the official notice.

The above petition has been approved.

We have sent it to the Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909. The NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
TEXAS SERVICE CENTER
P.O. BOX 152122 - DEPT A
IRVING TX 75015-2122
Customer Service Telephone: (214) 767-7769



U.S. Department of Justice
Immigration and Naturalization Service

# Notice of Action

THE UNITED STATES OF AMERICA

| | |
|---|---|
| RECEIPT NUMBER<br>SRC-97-130-52177 | 1360   PETITION FOR AMERASIAN, WIDOWER,<br>OR SPECIAL IMMIGRANT |
| RECEIPT DATE<br>March 31, 1997 | PRIORITY DATE<br>March 31, 1997 | PETITIONER<br>SERE, DANIELA |
| NOTICE DATE<br>August 14, 1997 | PAGE<br>1 of 1 | BENEFICIARY<br>SERE, DANIELA |

DANIELA SERE
BETHEL ROMANIAN BAPTIST CHURCH
1855 MCKENLEY STREET
HOLLYWOOD FL 33020

Notice Type:  Approval Notice
Section:  Special Immigrant-Religious
         Worker, Sec 101(a)(27)(C)(ii)
Consulate: BUCHAREST

Courtesy Copy: Original sent to: No representative

This courtesy notice is to advise you of action taken on this case. The official notice has been mailed to the attorney or representative indicated above. Any relevant documentation included in the notice was also mailed as part of the official notice.

The above petition has been approved.

We have sent it to the Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909. The NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
TEXAS SERVICE CENTER
P O BOX 152122 - DEPT A
IRVING TX 75015-2122
Customer Service Telephone: (214) 767-7769



RECEIVED DEC 1997

# THE UNITED STATES OF AMERICA

| | | |
|---|---|---|
| **RECEIPT NUMBER**<br>SRC-98-035-50732 | **CASE TYPE** I485  APPLICATION TO ADJUST TO PERMANENT<br>RESIDENT STATUS | |
| **RECEIVED DATE**<br>October 23, 1997 | **PRIORITY DATE** | **APPLICANT** A71 535 352<br>SERE, DANIELA |
| **NOTICE DATE**<br>November 18, 1997 | **PAGE**<br>1 of 1 | |

MARIO LOUIS ESQ
100 NORTH BISCAYNE BLVD 2800
MIAMI FL 33132

Notice Type: Receipt Notice

Amount received: $ 1130.00
Section: Adjustment as direct
beneficiary of immigrant
petition

The above application or petition has been received. It usually takes 120 to 180 days from the date of this receipt for us to process this type of case. Please notify us immediately if any of the above information is incorrect. Our customer service phone number is listed below.

We will send you a written notice as soon as we make a decision on this case. You can also use the phone number below to obtain case status information direct from our automated system 24 hours a day with a touch-tone phone and the receipt number for this case (at the top of this notice).

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
TEXAS SERVICE CENTER
P.O BOX 861488 / DEPT A
MESQUITE TX 75185-1488
Customer Service Telephone: (214) 767-7769



Form I-797C (Rev. 09/07/93)N



Home   Contact Us   Site Map   FAQ

Search   
Advanced Search

Services & Benefits    Immigration Forms    Laws & Regulations    About USCIS    Education & Resource    Press Room

**Change Of Address**

**Services While Your Case is Pending**

**Civil Surgeons**

**Processing Times**

**Case Status Online**

  **Case Status Search**

  **Register**

  **Login**

**Receipt Number: src9803550732**

**Application Type: I485, APPLICATION TO REGISTER PERMANENT RESIDENCE OR TO ADJUST STATUS**

**Current Status: This case is now pending at the office to which it was transferred.**

The I485 APPLICATION TO REGISTER PERMANENT RESIDENCE OR TO ADJUST STATUS was transferred and is now pending standard processing at a USCIS office. You will be notified by mail when a decision is made, or if the office needs something from you. If you move while this case is pending, please use our Change of Address online tool to update your case with your new address. We process cases in the order we receive them. You can use our processing dates to estimate when this case will be done, counting from when USCIS received it. Follow the link below to check processing dates. You can also receive automatic e-mail updates as we process your case. To receive e-mail updates, follow the link below to register.

You can choose to receive automatic case status updates, which will be sent via email. Please click here to create an account online.

If you would like to see our current Processing Dates for Applications and Petitions, click here.

Note: Case Status is available for Applications and Petitions which were filed at USCIS Service Centers. If you filed at a USCIS Local Office, your case status may not be reviewable online but for processing times on forms filed at that Office please, click here.

If you have a question about case status information provided via this site, or if you have not received a decision from USCIS within the current processing time listed, please contact the USCIS Customer Service at (800) 375 – 5283 or 1-800-767-1833 (TTY).

New Search

Printer Friendly Case Status



**12-28-2007 11:09 AM EST**

Home   Contact Us   Privacy Policy   Website Policies   NoFEAR   Freedom Of Information Act   FirstGov

U.S. Department of Homeland Security

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)   NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.

## I. (a) PLAINTIFFS

DANIELA SERE, A# 71-535-352

**DEFENDANTS**

**CIV - KING**   MAGISTRATE JUDGE
GARBER

**(b)** County of Residence of First Listed Plaintiff   U.S.A.
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Dr. Petia Dimitrova Knowles, PH.D., Esq.,
DrPDLaw, LLC, 5110 SW 101 Avenue,
Cooper City, FL 33328  (954) 600-8728

Attorneys (If Known)

**08-20211**

**(d)** Check County Where Action Arose: ✓ MIAMI- DADE   ☐ MONROE   ☐ BROWARD   ☐ PALM BEACH   ☐ MARTIN   ☐ ST. LUCIE   ☐ INDIAN RIVER   ☐ OKEECHOBEE HIGHLANDS

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff

☐ 3  Federal Question
(U.S. Government Not a Party)

✓ 2  U.S. Government Defendant

☐ 4  Diversity
(Indicate Citizenship of Parties in Item III)

1:08 CV 20211-King-Garber

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)   and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | **LABOR** | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | ☐ 710 Fair Labor Standards | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | Act | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ✓ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | ☐ 730 Labor/Mgmt. Reporting | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | & Disclosure Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 790 Other Labor Litigation | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | Security Act | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| | Other | | | | State Statutes |
| | ☐ 440 Other Civil Rights | | | | |

FILED by ___ INTAKE W   JAN 24 2008   CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA - Ft. Laud.

## V. ORIGIN (Place an "X" in One Box Only)

✓ 1  Original Proceeding   ☐ 2  Removed from State Court   ☐ 3  Re-filed (see VI below)   ☐ 4  Reinstated or Reopened   ☐ 5  Transferred from another district (specify)   ☐ 6  Multidistrict Litigation   ☐ 7  Appeal to District Judge from Magistrate Judgment

## VI. RELATED/RE-FILED CASE(S)

(See instructions second page):

a) Re-filed Case ☐ YES ✓ NO   b) Related Cases ☐ YES ✓ NO

JUDGE

DOCKET NUMBER

## VII. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):   WITMAN

[28 U.S.C. Sections 1331, 1361; 5 U.S.C. Section 701; 28 U.S.C. Section 2201]

LENGTH OF TRIAL via 1/2 days estimated (for both sides to try entire case)

## VIII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ✓ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

SIGNATURE OF ATTORNEY OF RECORD   P Knowles   DATE 01/23/08

FOR OFFICE USE ONLY

AMOUNT 350.00   RECEIPT # 34214   IFP